UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROZA ALAYEVA,

                      Plaintiff,

    -against-

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV-1459 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ JUL 1 8 2007 ★
P.M.
TIME A.M.

An Order of Honorable Nina Gershon, United States District Judge, having been filed on July 16, 2007, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision.

Dated: Brooklyn, New York
        July 17, 2007

                                                s/ RCH
                                                ROBERT C. HEINEMANN
                                                Clerk of Court